IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRANDON STEVEN MOTORS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  2:19-CV-02659-JAR-GEB |
| ) | |
| LANDMARK AMERICAN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

To the Court, all parties, and their counsel of record:

Please take notice that Carlyle W. Hall III has withdrawn as counsel on behalf of Plaintiff Brandon Steven Motors, LLC in the above-captioned and numbered cause. Plaintiff will continue to be represented by other counsel identified below.  Client has been notified of Mr. Hall's withdrawal by Mr. McPherson.

Respectfully submitted,

POLSINELLI PC

*/s/ Brendan L. McPherson*
Jason L. Bush, # 18299
Brendan L. McPherson # 23771
Brisa I.I. Wolfe # 26700
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
jbush@polsinelli.com
bmcpherson@polsinelli.com
bwolfe@polsinelli.com

CONSENT TO WITHDRAWAL:

*[signature: Cary Hall]*
_____
Carlyle W. Hall III

ATTORNEYS FOR PLAINTIFF BRANDON STEVEN MOTORS, LLC

83601528.1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been emailed and mailed to Defendant's counsel on the 31st day of May, 2022.

                                          */s/ Brendan L. McPherson*
                                          Attorney for Plaintiff

83601528.1