# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

| | |
|---|---|
| **BRANDON STEVEN MOTORS, LLC,**<br><br>     **Plaintiff,**<br><br>     v.<br><br>**LANDMARK AMERICAN INSURANCE COMPANY,**<br><br>     **Defendant.** | **Case No. 2:19-cv-02659-HLT** |

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Memorandum and Order (Doc. 242), judgment is entered in favor of Defendant Landmark American Insurance Company on both claims. This case is closed.

IT IS SO ORDERED.

SKYLER O'HARA<br>CLERK OF THE COURT

Dated: September 1, 2022          */s/  M. Deaton*
                                  By Deputy Clerk