IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRANDON STEVEN MOTORS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LANDMARK AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:19-CV-02659-HLT-GEB |

## STIPULATION OF DISMISSAL

It hereby is stipulated by and between plaintiff Brandon Steven Motors, LLC, and defendant Landmark American Insurance Company, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that this action be dismissed *with prejudice*. Each party shall be responsible for its own costs incurred in this action.

Respectfully submitted this 29th day of July, 2024.

| | |
|---|---|
| */s/ Jason L. Bush* <br> Brendan L. McPherson # 23771 <br> Jason L. Bush #18299 <br> POLSINELLI PC <br> 900 W. 48th Place, Suite 900 <br> Kansas City, Missouri 64112 <br> Telephone: (816) 753-1000 <br> Facsimile: (816) 753-1536 <br> bmcpherson@polsinelli.com <br> jbush@polsinelli.com <br><br> *Counsel for Plaintiff Brandon Steven Motors, LLC* | */s/ Jean-Paul Assouad* <br> Jean-Paul Assouad         KS #20692 <br> KUTAK ROCK LLP <br> 2300 Main Street, Suite 800 <br> Kansas City, MO 64108 <br> (816) 960-0090 (Telephone) <br> (816) 960-0041 (Facsimile) <br> Jean-Paul.Assouad@kutakrock.com <br><br> -and- |

|  | Wayne D. Taylor  *Admitted Pro Hac* <br> MOZLEY, FINLAYSON & LOGGINS LLP <br> 1050 Crown Pointe Parkway, Suite 1500 <br> Atlanta, GA 30338 <br> (404) 256-0700 (Telephone) <br> (404) 250-9355 (Facsimile) <br> wtaylor@mfllaw.com <br><br> *Counsel for Defendant Landmark American Insurance Company* |
|---|---|

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing ***Stipulation of Dismissal with Prejudice*** using the Court's CM/ECF System which will automatically send a copy of same to all counsel of record.

This 29th day of July, 2024.

          */s/ Jason L. Bush*_____
          Jason L. Bush